05-13-01618-CV

FILED IN
5TH COURT OF APPEALS

2014 JAN 31 PM 6:02

LISA MATZ, CLERK

CAUSE NO. ____09-14773–Y____

IN THE INTEREST OF          §          IN THE DISTRICT COURT
                            §
STELLA C. FOREMAN and       §
CHARITY E. FOREMAN,         §          330TH JUDICIAL DISTRICT
                            §
                            §
                            §
MINOR CHILDREN              §          DALLAS COUNTY, TEXAS

## ORDER

The *Order Denying Motion to Transfer* entered on November 12, 2013 is hereby vacated.

The Court further transfers this proceeding from Dallas County, Texas to Collin County,

Texas according to the procedures set forth in Chapter 155 of the Texas Family Code.

**IT IS SO ORDERED.**

**SIGNED** this ___27th___ day of January, 2014.

_____
Andrea D. Plumlee